BEFORE THE SECOND DIVISION, FEBRUARY 20, 1967

**No. P67/38.**—Mattoon & Company and T. G. Cullen Co. *v.* United States, protest 64/782 (San Francisco).

FORD, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of Von Arx air guns

and parts similar in all material respects to those the subject of *Mattoon & Company* and *T. G. Cullen* v. *United States* (54 Cust. Ct. 282, C.D. 2545), the claim of the plaintiffs was sustained.

(NOTE: The following protests were decided by a special second division consisting of RAO, FORD, and RICHARDSON, Judges.)